No. 227. UNITED MINE WORKERS OF AMERICA ET AL. *v.* ARKANSAS OAK FLOORING Co. Supreme Court of Louisiana. Certiorari granted. The Solicitor General is invited to file a brief setting forth the views of the National Labor Relations Board. *Crampton Harris* and *Yelverton Cowherd* for petitioners. *Grove Stafford* for respondent.

No. 281. UNITED STATES *v.* RYAN. C. A. 2d Cir. Certiorari granted. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Richard J. Blanchard* for the United States. *Louis Waldman* for respondent.

No. 308. YATES ET AL. *v.* UNITED STATES;
No. 309. SCHNEIDERMAN *v.* UNITED STATES; and
No. 310. RICHMOND ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted. The motions for leave to file briefs of American Civil Liberties Union and International Longshoremen's & Warehousemen's Union, as *amici curiae,* are denied. *Norman Leonard, Ben Margolis, Alexander H. Schullman* and *A. L. Wirin* for petitioners in No. 308. *Robert W. Kenny* for petitioner in No. 309. *Augustin Donovan* for petitioners in No. 310. *Solicitor General Sobeloff, Assistant Attorney General Tompkins, Robert W. Ginnane, Harold D. Koffsky* and *Lawrence K. Bailey* for the United States. Reported below: 225 F. 2d 146.